UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 3, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>         Plaintiff,    )<br>  v. )<br>    )<br> KRISTIN MICHELLE MORRIS, )<br>    )<br>         Defendant.    ) | Case No. 2:11-mj-00334-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release , Case No. 2:11-mj-00334-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   **X**   Bail Posted in the amount of: $10,000.00

        **X**   Unsecured Appearance Bond

        ___   Secured Appearance Bond

        ___ (Other)   Conditions as stated on the record.

        ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 11/03/2011 at 11:52 AM

By _____
   Edmund F. Brennan
   United States Magistrate Judge